1  Gregory C. Kane, Esq.  SBN: 0095046
   **SHIFFLET, KANE & KONOSKE, LLP**
2  16880 West Bernardo Drive, Suite 250
   San Diego, CA 92127-1615
3  Telephone: (858) 385-0871
   Facsimile: (858) 613-0871
4  E-Mail: gkane@shiffletlaw.com

5  Attorney for Cross-Defendant, FRANK W. MICHELL

6

7

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11  FRANK W. MICHELL; MARY CHRISTINE )  **Case No. 3:09 CV 00387 BTM (JMA)**
    MICHELL; CHRISTOPHER DAMITZ; LORI )
12  NUNEZ; and LUIS NUNEZ, IV, as individuals, )
                                      )  **CROSS-DEFENDANT   FRANK   W.**
13              Plaintiffs,           )  **MICHELL'S ANSWER TO THE CROSS-**
                                      )  **CLAIM OF JOHN WEST**
14         vs.                        )
                                      )
15  THE  UNITED  STATES  OF  AMERICA; )
    COURTNEY  NUNEZ;  and  DOES  1  to 50, )
16  inclusive.                        )
                                      )
17              Defendants.           )
                                      )
18  _____ )
                                      )
    THE UNITED STATES OF AMERICA,     )
19                                    )
              Cross-Complainant,      )
20                                    )
           vs.                        )
21                                    )
    CHRISTOPHER DAMITZ; FRANK W. MICHELL, )
22  and ROES 1-20, inclusive,         )
                                      )
23              Cross-Defendants.     )
                                      )
24  _____ )
                                      )
    THE UNITED STATES OF AMERICA,     )
25                                    )
              Third Party Plaintiff,  )
26                                    )
           vs.                        )
27                                    )
    FRANK MODICA; THE EXECUTOR OR )
28  ADMINISTRATOR OF THE ESTATE OF LUIS )

US12879G                          1.                    **3:09 CV 00387 BTM (JMA)**
**CROSS-DEFENDANT FRANK W. MICHELL'S ANSWER TO THE CROSS-CLAIM OF JOHN WEST**

| | |
|---|---|
| 1 | NUNEZ III; PHI HUU NGUYEN; JORGE A. C. CLEMENTS; JOHN WEST; ROBERT LOU; BRIAN K. JOHNSON; and MAURICIO VILLAREAL; and ROES 21-50, inclusive, |
| | Third Party Defendants. |
| 5 | JOHN WEST, an individual, |
| 6 | Cross-Claimant, |
| 7 | vs. |
| 8 | CHRISTOPHER DAMITZ; FRANK W. MICHELL; FRANK MODICA; THE EXECUTOR OR ADMINISTRATOR OF THE ESTATE OF LUIS NUNEZ III; PHI HUU NGUYEN; JORGE A. C. CLEMENTS; JOHN WEST; ROBERT LOU; BRIAN K. JOHNSON; and MAURICIO VILLAREAL; and MOES 1-20, inclusive, |
| 12 | Cross-Defendants. |

COMES NOW, CROSS-DEFENDANT, FRANK W. MICHELL, severing himself from all other parties in this litigation, answers the CROSS-CLAIM OF JOHN WEST as follows:

1. This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph One of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

2. This responding party admits he is a resident of the County of San Diego and at all times herein mentioned was a resident of the County of San Diego, but lacks sufficient information or belief as to the truth of the allegations contained within Paragraph Two as to every other party, and upon that basis denies each and every allegation contained. therein and the whole thereof.

3. This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Three of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

4. This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Four of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof..

5.	This answering Cross-Defendant denies the allegations contained in Paragraph Five and the whole thereof.

6.	This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Six of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof..

7.	This Cross-Defendant re-alleges and incorporates herein by this reference his answers to the foregoing paragraphs and corresponding allegations in the Cross-Claim, as though fully set forth herein.

8.	This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Eight of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

9.	This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Nine of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

10.	This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Ten of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof..

11.	This Cross-Defendant re-alleges and incorporates herein by this reference his answers to the foregoing paragraphs and corresponding allegations in the Cross-Claim, as though fully set forth herein.

12.	This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Twelve of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

13.	This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Thirteen of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

14.	This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Fourteen of the Cross-Claim, and therefore, based on such lack

1  of information or belief, denies the allegations contained therein and the whole thereof.

2      15.    This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Fifteen of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

    16.    This Cross-Defendant re-alleges and incorporates herein by this reference his answers to the foregoing paragraphs and corresponding allegations in the Cross-Claim, as though fully set forth herein.

    17.    This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Seventeen of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

    18.    This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Eighteen of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

    19.    This responding party lacks sufficient information or belief as to the truth of the allegation contained within Paragraph Nineteen of the Cross-Claim, and therefore, based on such lack of information or belief, denies the allegations contained therein and the whole thereof.

    20.    This Cross-Defendant re-alleges and incorporates herein by this reference his answers to the foregoing paragraphs and corresponding allegations in the Cross-Claim, as though fully set forth herein.

    21.    This Cross-Defendant denies the allegations contained in Paragraph Twenty-One and the whole thereof.

    22.    This Cross-Defendant denies the allegations contained in Paragraph Twenty-Two and the whole thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSES

That the Cause of Action purported to be stated in Cross-Claim are barred in their entirety by the provisions of section 335.1 of the Code of Civil Procedure of the State of California.

///

**SECOND AFFIRMATIVE DEFENSES**

That with regard to any and all events and happenings in connection with the allegations contained in the Cross-Claim, answering Cross-Defendant alleges that all Cross-Claimant and/or Cross-Defendants or Third Party Defendants conducted themselves so carelessly, recklessly, and negligently so as to cause and contribute, solely or to some degree, the damages and injuries alleged to have been sustained by the underlying Plaintiff and Cross-Claimant. Therefore, recovery herein as to any damages suffered by Cross-Claim, if any, must be levied solely against Defendants, Cross-Defendants, or other Third Party Defendants and must be apportioned on the basis of comparative fault. This apportionment must reflect, as a percentage, the amount of damages, if any, for which each party is responsible.

**THIRD AFFIRMATIVE DEFENSES**

That the Cross-Claim and each and every cause of action thereof, fail to state facts sufficient to constitute a cause of action as to this answering Cross-Defendant.

**FOURTH AFFIRMATIVE DEFENSES**

This answering Cross-Defendant is informed and believes and thereon allege that Cross-Claimant is barred from recovery by the equitable doctrine of laches.

**FIFTH AFFIRMATIVE DEFENSES**

This answering Cross-Defendant is informed and believes and thereon allege that Cross-Claimant is barred from recovery by the equitable doctrine of estoppel.

**SIXTH AFFIRMATIVE DEFENSES**

This answering Cross-Defendant is informed and believes and thereon allege that Cross-Claimant is barred from recovery by the equitable doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSES**

That at the time and place alleged in the Cross-Claim, Cross-Claimant and/or his authorized agent was negligent; and such negligence was the sole, or participating, direct and proximate cause of the happening of the alleged accident, as well as of the injuries, losses, and damages, if any, sustained. Therefore, Cross-Claimant is barred from either all or part of any recovery herein, and such negligence is imputed to Cross-Claim and likewise bars recovery herein.

### EIGHTH AFFIRMATIVE DEFENSES

That the regard to any and all events and happenings in connection with the allegations contained in the Cross-Claim, this answering Cross-Defendant alleges that all co-defendants and Third Party Defendants conducted themselves so carelessly, recklessly, and negligently so as to cause and contribute, solely or to some degree, to the damages and injuries, if any, alleged to have been sustained by plaintiff or by Cross-Claimant. Therefore, recovery herein as to any damages must be levied solely against co-defendants and Third Party Defendants, or must be apportioned between all defendants, Cross-Defendants, Third Party Defendants, plaintiff and Cross-Claimants on the basis of comparative fault. This apportionment must reflect, as a percentage, the amount of damages, if any, for which each party is responsible.

### NINTH AFFIRMATIVE DEFENSES

That at the time and place alleged in the Complaint, Cross-Claimant or authorized agent acted with full knowledge of the probabilities and possibilities of danger attendant upon such actions and position. Therefore, Cross-Claimant maintained such a position as to invite injury and assumed any and all risks to be reasonably contemplated as incident to said actions and position.

### TENTH AFFIRMATIVE DEFENSES

This answering Cross-Defendant is informed and believes and thereon alleges that Cross-Claimant failed to mitigate his damages and is barred from recovery as claimed.

### ELEVENTH AFFIRMATIVE DEFENSES

This answering Cross-Defendant reserves herein the right to set forth additional, as yet, unstated affirmative defenses in the event discovery and investigation indicates such additional affirmative defenses are applicable.

WHEREFORE, Cross-Defendant, FRANK W. MICHELL, prays for judgment as follows:

1. That John West take nothing by way of his Cross-Claim and that judgment be entered in favor of this Cross-Defendant.

2. For costs of suit incurred herein;

///

///

3.  For such other and further relief that the Court deems just and proper.

Dated:  April 5, 2010                SHIFFLET, KANE & KONOSKE, LLP

By: */s/ Gregory C. Kane*
    Gregory C. Kane, Esq.
    Attorney for Cross-Defendant,
    FRANK W. MICHELL
    gkane@shiffletlaw.com

US12879G                           7.                    **3:09 CV 00387 BTM (JMA)**
**CROSS-DEFENDANT FRANK W. MICHELL'S ANSWER TO THE CROSS-CLAIM OF JOHN WEST**

1  **US GOVERNMENT  v. MICHELL**
UNITED STATES DISTRICT COURT -SOUTHERN DISTRICT
2  Case No.:  **3:09 CV 0387 BTM (JMA)**

3

4 **PROOF OF SERVICE**

5  I, GREGORY C. KANE, declare as follows:

6  I am over the age of eighteen years and not a party to the within entitled action.  I am employed in the County of San Diego, State of California, within which county and state the subject mailing occurred.
7  My business address is 16880 West Bernardo Drive, Suite 250, San Diego, California 92127.

8  On  **April 5, 2010**, I served the following document(s) described **CROSS-DEFENDANT FRANK W. MICHELL'S ANSWER TO THE CROSS-CLAIM OF JOHN WEST** on the interested parties
9  in this action  to be served via PACER.

10 **SEE SERVICE LIST**

11  [ ]    **BY MAIL.**  The counsel or interested party authorized to accept service, by whose name an **asterisk (*)**.   I am readily familiar with the business practices at my place of business for
12         collection and processing of correspondence for mailing with the United States Postal Service and the correspondence shall be deposited with the United State Postal Service this same day
13         in the ordinary course of business pursuant Code of Civil Procedure §1013(a).

14  [X]    **BY ELECTRONIC TRANSMISSION.**  I caused said document(s) to be e-served via PACER.
15

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true
16 and correct.

17  Executed on this April 5, 2010 at San Diego, California.

18                                          */S/ Gregory C. Kane*
                                            GREGORY C. KANE
19

20

21

22

23

24

25

26

27

28

US12879G                                    1                          **3:09 CV 0387 BTM (JMA)**
                                    **PROOF OF SERVICE**

| | | |
|---|---|---|
| 1 | **US GOVERNMENT v. MICHELL** | |
| 2 | UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT<br>Case No.: **3:09 CV 0387 BTM (JMA)** | |
| 3 | ATTACHMENT TO PROOF OF SERVICE | |
| 4 | SERVICE LIST | |
| 5 | Karen P. Hewitt, U. S. Attorney | Attorneys for Defendant/Cross-Complainant, and Third Party Plaintiff: |
| 6 | David B. Wallace, Asst. U. S. Attorney<br>Thomas B. Reeve, Jr., Asst. U. S. Attorney<br>**UNITED STATES ATTORNEY'S OFFICE** | **THE UNITED STATES OF AMERICA** |
| 7 | 880 Front Street, room 6293<br>San Diego, CA 92101-8893 | Tel: (619) 557-5662<br>E-Mail:   dave.wallace@usdoj.gov |
| 8 | | tom.reeve@usdoj.gov |
| 9 | Wendy Michelle Behan, Esq. | Attorney for Plaintiffs |
| 10 | **CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP**<br>110 Laurel Street | Tel: (619) 238-1811<br>E-Mail:   wbehan@cglaw.com |
| 11 | San Diego, CA 92101 | |
| 12 | Randall W. Kaler, Esq. | Attorneys for Third-Party Defendant: |
| 13 | **GILBERT, KELLY, CROWLEY & JENNETT, LLP** | **BRIAN K. JOHNSON**<br>Tel: (619) 687-3000 |
| 14 | 750 B. Street, Suite 2600<br>San Diego, CA 92101 | Fax (619) 687-3100<br>E-Mail:   rwk@gilbertkelly.com |
| 15 | John D. Marino, Esq. | Attorneys for Third Party Defendant: |
| 16 | Christopher R. Allison, Esq.<br>**MANNING & MARDER, KASS, ELLROD, RAMIREZ, LLP** | **FRANK MODICA**<br>Tel: (619) 515-0269<br>Fax: (619) 515-0268 |
| 17 | 550 West C. Street, Suite 1900<br>San Diego, CA 92101 | E-Mail:   jdm@mmker.com |
| 18 | | |
| 19 | John Gomez, Esq.<br>**THE GOMEZ LAW FIRM** | Tel: (619) 237-3490 |
| 20 | 625 Broadway, Suite 1200<br>San Diego, CA 92101 | Fax: 619) 237-3496<br>E-Mail:   john@thegomezfirm.com |
| 21 | Norman A. Ryan, Esq. | Attorney for Third Party Defendant: |
| 22 | Allie A. Umoff, Esq.<br>**RYAN, MERCALDO & WORTHINGTON, LLP** | **ROBERT LIOU**<br>Tel: (858) 455-8700 |
| 23 | 3636 Nobel Drive, Suite 200<br>San Diego, CA 92122 | Fax: (858) 455-8701<br>E-Mail:   nryan@rmwfirm.com |
| | | Aumoff@rmwfirm.com |
| 24 | | |
| 25 | Matthew J. Liedle, Esq.<br>Erich J. Lidle, Esq. | Attorneys for Cross-Defendant:<br>**CHRISTOPHER DAMITZ** |
| 26 | **LIEDLE, GETTY & WILSON, LLP**<br>12555 High Bluff Road, Suite 270 | Tel: (858) 847-3237<br>Fax: (858) 847-3365 |
| 27 | San Diego, CA 92130 | E-Mail:   mjl@lgwlaw.com<br>Elie@lgwlaw.com |
| 28 | /// | |

| | | |
|---|---|---|
| 1 | Robert D. Shoecraft, Esq.<br>Michelle L. Burton, Esq.<br>**SHOECRAFT BURTON**<br>1230 Columbia Street, Suite 1140<br>San Diego, CA 92101 | Attorneys for<br>**JOHN WEST**<br>Tel: (619) 794-2280<br>Fax: (619) 794-2278<br>E-Mail:   lawyers@sbcivillaw.com |
| 4 | John D. Culver, Esq.<br>**DARIN J. BOLES & ASSOCIATES**<br>3111 Camino del Rio N. Suite 700<br>San Diego, CA 92108 | Attorneys for Third Party Defendant:<br>**PHI NGUYEN**<br>Tel: (619) 584-3300<br>Fax: (619) 280-4588<br>E-Mail:<br> john.culver@farmersinsurance.com |

US12879G                                 3                         3:09 CV 0387 BTM (JMA)
**PROOF OF SERVICE**